# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRUE LEE JEFFERSON, JR., | Case No.: 1:17-cv-1694- JLT |
| Plaintiff, | ORDER GRANTING AN EXTENSION OF TIME |
| v. | (Doc. 9) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties have stipulated for Defendant to have an extension of thirty days to file and serve a certified copy of the administrative record. (Doc. 9) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5-1 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

1. The request for an extension of time (Doc. 9) is **GRANTED**; and
2. Defendant **SHALL** file the certified administrative record on or before **June 7, 2018**.

IT IS SO ORDERED.

Dated: **April 26, 2018**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1