UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRUE LEE JEFFERSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:17-cv-01694 - JLT <br><br> ORDER GRANTING DEFENDANT'S REQUEST FOR A SECOND EXTENSION OF TIME |

On June 7, 2018, the parties filed a stipulation for a second extension of time for Defendant to prepare a certified administrative record. (Doc. 11) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5-1 at 4), which was previously used by Defendant in this action. (Docs. 9, 10)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5-1 at 4) Accordingly, the Court construes the stipulation of the parties to be a motion to amend the Scheduling Order. Defendant asserts the additional extension is necessary "because despite its best efforts, the agency has been unable to finalize the certified copy of the administrative record by the current deadline." (Doc. 11 at 1) Plaintiff does not oppose the request for a further extension, and it does not appear Plaintiff would suffer any prejudice through the delay.

1

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. Defendant's request for a second extension of time is **GRANTED**; and
2. Defendant **SHALL** file the administrative record no later than **July 9, 2018**.

IT IS SO ORDERED.

Dated: **June 8, 2018**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE