**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRUE LEE JEFFERSON, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-01694 - JLT<br><br>ORDER GRANTING THE REQUEST FOR A THIRD EXTENSION OF TIME<br><br>(Doc. 17) |

On October 9, 2018, the parties filed a stipulation for third extension of time in this action. (Doc. 11) The parties have exchanged confidential letter briefs (Docs 15, 16), and now request the extension of the deadline for Plaintiff to file an opening brief "to allow the parties to continue with further settlement discussions." (Doc. 17 at 2) Good cause appearing, the Court **ORDERS**:

1. The parties' joint request for a third extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **November 10, 2018**.

IT IS SO ORDERED.

　Dated:　**October 10, 2018**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1